IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 5:15 CR 169-BO |
| vs. | ) | ORDER |
| GERALD WAYNE TIMMS, | ) | |
| Defendant | ) | |

Upon motion of the defendant, for good cause shown and with the consent of the Government, the Scheduling Order of June 18, 2015 is amended as follows:

    A. All motions shall be filed by August 20, 2015, with responses due 14 days thereafter.

    B. The proposed arraignment and trial date is set for the September 2015 term before Judge Boyle.

IT IS SO ORDERED.

This __7__ day of July 2015.

_____
TERRENCE W. BOYLE
US District Judge