IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-169-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| GERALD WAYNE TIMMS | ) | |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Defendant's Notice of Potential Conflict (D.E. #34), Government's Motion and Order to Seal Defendant's Notice of Potential Conflict (D.E. #35), and Government's Response to Defendant's Notice of Potential Conflict (D.E. #37) be sealed.

So Ordered this the 21 day of September, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE