UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NUMBER: 5:15-CR-169-1BO

United States of America

vs.                                    ORDER

Gerald Wayne Timms

IT IS HEREBY ORDERED that the following exhibit will be returned to <u>Officer Christopher Slaydon</u>, "SIS Technician with FCI Butner and remain in his custody through any proceeding on appeal or review.

Government's Exhibit: #1 - Shank
#3 - Colored Marker Set
#5 - 2 boxes of Macaroni and Cheese containing tattoo gun, ink bottles and soldering tool.

This /7th day of May, 2016.

*(signature)*
TERRENCE W. BOYLE, US District Judge